IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:03CR353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROGER D. CONN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion to extend the answer deadline (Filing No. 81) with respect to the Defendant's motion filed pursuant to 28 U.S.C. § 2255.

IT IS ORDERED:

1. The Plaintiff's motion to extend the answer deadline (Filing No. 81) is granted;

2. The Plaintiff shall file an answer on or before August 3, 2005.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge