IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:03CR353** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **ROGER D CONN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date:

IT IS ORDERED:

1. Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody  (Filing No. 68) is denied;

2. Defendant's Motion to Appoint Counsel and for Transcript (Filing No. 82 ) is denied as moot;

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 1st day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge